15675. CITY OF ROME v. DEAN.

BROYLES, C. J. The verdict was amply supported by the evidence, and none of the grounds of the amendment to the motion for a new trial requires a reversal of the judgment below.

Judgment affirmed. Luke and Bloodworth, JJ., concur.

DECIDED AUGUST 8, 1924. REHEARING DENIED SEPTEMBER 30, 1924.

Action for damages; from Floyd superior court—Judge Wright. April 2, 1924.

John Camp Davis, for plaintiff in error.

Harris & Ennis, contra.